# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141594

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LARRY DWAYNE McLEMORE,
      Defendant-Appellant.

SC: 141594
COA: 298388
Kent CC: 08-009189-FC

_____/

      On order of the Court, the application for leave to appeal the July 7, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

p1213